AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: **06-80126**

2006 FEB -6 AM 9:47

**CIV-RYSKAMP**

MAGISTRATE JUDGE
VITUNAC

Securities and Exchange Commission

Plaintiff

v.

John R. Shrewder, The Franklin Group, Inc., and Ashley Miron Leshem

Defendant

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Ashley Miron Leshem
8018 Mizner Lane
Boca Raton, FL  33433

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen L. Cohen
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C.  20549-4030

an answer to the complaint which is herewith served upon you, within __20 (twenty)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                                   2/6/06

CLERK                                             DATE

(BY) DEPUTY CLERK