# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 06-80126 CIV-RYSKAMP

Plaintiff:
**SECURITIES AND EXCHANGE COMMISSION,**
vs.
Defendant:
**JOHN R. SHREWDER, THE FRANKLIN GROUP, INC., AND ASHLEY MIRON LESHEM,**

For:
Stephen L. Cohen
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F Street, N E
Washington, D. 20549-4030

Received by GISSEN & ZAWYER PROCESS SERVICE, INC., on the 8th day of February, 2006 at 9:00 am to be served on **ASHLEY MIRON LESHEM, 8018 MIZNER LANE, BOCA RATON, FL 33433**.

I, Wayne Pollick, being duly sworn, depose and say that on the **9th day of February, 2006** at **7:35 am**, I:

**Individually Served** the within named person with a true copy of this **SUMMONS IN A CIVIL CASE & COMPLAINT** with the date and hour endorsed thereon by me, pursuant to State Statutes.

**Additional Information pertaining to this Service:**
MR. LESHEM'S DESCRIPTION: WHITE MALE, 30'S, 6'1", 170 LBS., BROWN HAIR, NO GLASSES. MR. LESHEM WAS WEARING BLUE JEANS, DARK BLUE SWEATSHIRT, NO SHOES. MR. LESHEM CAME OUT OF HIS HOME AT THE GIVEN ADDRESS, SEEN THE PROCESS SERVERS VEHICLE, TURNED AROUND, AND RAN BACK INTO HIS HOME. PROCESS SERVER KNOCKED ON THE DOOR, INFORMED HIM OF THE CONTENTS OF THE SUMMONS & COMPLAINT AND LEFT SERVICE AT THE DOOR. THERE WAS A GRAY 2003 INFINITI FX35-4 DR. WAGON SPORT UTILITY VEHICLE IN THE DRIVEWAY WHICH IS REGISTERED TO ANANDA CAPITAL PARTNERS INC.

Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true, that I am over the age of eighteen, that I have no interest in the above action, and that I am a Certified Process Server in the circuit in which it was served, and in good standing.

Subscribed and Sworn to before me on the 9th day of February, 2006 by the affiant who is personally known to me.

NOTARY PUBLIC

Wayne Pollick
856

GISSEN & ZAWYER PROCESS SERVICE, INC.,
3550 Biscayne Blvd.
Suite 500
Miami, FL 33137
(305) 572-0110
Our Job Serial Number: 2006002394

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: **06-80126**

Securities and Exchange Commission

Plaintiff

v.

John R. Shrewder, The Franklin Group, Inc., and Ashley Miron Leshem

Defendant

**PRIORITY**

CIV-RYSKAMP

MAGISTRATE JUDGE VITUNAC

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Ashley Miron Leshem
8018 Mizner Lane
Boca Raton, FL 33433

SERVED: Ind.
DATE: 2/14/06  TIME: 7:35 PM
BY: Wayne Pollock

CERTIFIED PROCESS SERVER IN GOOD STANDING IN THE CIRCUIT AND COUNTY COURTS IN AND FOR PALM BEACH COUNTY CPS # 856

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen L. Cohen
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-4030

an answer to the complaint which is herewith served upon you, within _____20 (twenty)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK  Martha Diaz

(BY) DEPUTY CLERK

DATE 2/6/06

06-2394