# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 06-80126 CIV-RYSKAMP

Plaintiff:
**SECURITIES AND EXCHANGE COMMISSION,**

vs.

Defendant:
**JOHN R. SHREWDER, THE FRANKLIN GROUP, INC., AND ASHLEY MIRON LESHEM,**

For:
Stephen L. Cohen
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F Street, N E
Washington, D. 20549-4030

Received by GISSEN & ZAWYER PROCESS SERVICE, INC., on the 8th day of February, 2006 at 9:00 am to be served on **ANANDA CAPITAL PARTNERS INC., 8018 MIZNER LANE, BOCA RATON, FL 33433**.

I, Wayne Pollick, being duly sworn, depose and say that on the **9th day of February, 2006** at **7:35 am**, I:

Served the within named Corporation by delivering a true copy of the **SUMMONS IN A CIVIL CASE & COMPLAINT** with the date and hour of service endorsed thereon by me to MIRON LESHEM as OFFICER of the within named corporation, in compliance with State Statutes.

**Additional Information pertaining to this Service:**
MR. LESHEM'S DESCRIPTION: WHITE MALE, 30'S, 6'1", 170 LBS., BROWN HAIR, NO GLASSES. MR. LESHEM WAS WEARING BLUE JEANS, DARK BLUE SWEATSHIRT, NO SHOES. MR. LESHEM CAME OUT OF HIS HOME AT THE GIVEN ADDRESS, SEEN THE PROCESS SERVERS VEHICLE, TURNED AROUND, AND RAN BACK INTO HIS HOME. PROCESS SERVER KNOCKED ON THE DOOR, INFORMED HIM OF THE CONTENTS OF THE SUMMONS & COMPLAINT AND LEFT SERVICE AT THE DOOR. THERE WAS A GRAY 2003 INFINITI FX35-4 DR. WAGON SPORT UTILITY VEHICLE IN THE DRIVEWAY WHICH IS REGISTERED TO ANANDA CAPITAL PARTNERS INC.

Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true, that I am over the age of eighteen, that I have no interest in the above action, and that I am a Certified Process Server in the circuit in which it was served, and in good standing.

MONICA HOSS
MY COMMISSION # DD 385463
EXPIRES: January 11, 2009
Bonded Thru Budget Notary Services

Subscribed and Sworn to before me on the 9th day of February, 2006 by the affiant who is personally known to me.

NOTARY PUBLIC

Wayne Pollick
856

GISSEN & ZAWYER PROCESS SERVICE, INC.,
3550 Biscayne Blvd.
Suite 500
Miami, FL 33137
(305) 572-0110
Our Job Serial Number: 2006002326

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: **06-80126**

Securities and Exchange Commission

    Plaintiff

v.

John R. Shrewder, The Franklin Group, Inc., and Ashley Miron Leshem

    Defendant

CIV-RYSKAMP

MAGISTRATE JUDGE VITUNAC

**PRIORITY**

SUMMONS IN A CIVIL CASE

SERVED: Miron Leshem
DATE: 2/9/06  TIME: 735 A.M
BY: Wayne Pollock
IS CERTIFIED PROCESS SERVER IN GOOD STANDING IN THE CIRCUIT AND COUNTY COURTS IN AND FOR PALM BEACH COUNTY. CPS #

TO: (Name and address of defendant)

Ananda Capital Partners Inc.
8018 Mizner Lane
Boca Raton, FL 33433

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen L. Cohen
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-4030

an answer to the complaint which is herewith served upon you, within ___20 (twenty)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
CLERK

(BY) DEPUTY CLERK

DATE 2/6/06