UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80126-CIV-RYSKAMP\VITUNAC

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JOHN R. SHREWDER; THE FRANKLIN
GROUP, INC.; and ASHLEY MIRON LESHEM,

    Defendants,

**and**

ANANDA CAPITAL PARTNERS, INC.

    Relief Defendant.

_____/

### DEFENDANT ASHLEY MIRON LESHEM AND RELIEF DEFENDANT ANANDA CAPITAL PARTNERS, INC.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE SECURITIES AND EXCHANGE COMMISSION'S COMPLAINT

Defendant Ashley Miron Leshem ("Leshem") and Relief Defendant Ananda Capital Partners, Inc. ("Ananda"), through their undersigned counsel and without opposition by the Plaintiff Securities and Exchange Commission ("SEC"), move this Court for entry of an Order permitting them an additional thirty (30) days to respond to the Complaint, and as grounds therefor, state:

    1.    On February 9, 2006, Defendant Leshem and Relief Defendant Ananda were served with the SEC's Complaint. Their response to the Complaint is currently due on March 1, 2006.

2. During the course of the SEC's investigation which preceded the filing of this action, Defendant Leshem was not represented by counsel and has only recently retained the undersigned counsel, who has never previously represented Defendant Leshem or had any involvement in this case. Therefore, newly retained counsel needs additional time to get up to speed to properly advise her clients.

3. Pursuant to Local Rule 7.1A.3, undersigned counsel has requested Stephen L. Cohen, Esquire, one of counsel for Plaintiff for a thirty (30) day extension until March 31, 2006, to serve their response to the SEC's Complaint, and he indicated that he has no objection to the motion for extension.

## CONCLUSION

WHEREFORE, for the foregoing reasons, Defendant Ashley Miron Leshem and Relief Defendant Ananda Capital Partners, Inc. respectfully request that the Court enter an Order permitting Defendant Ashley Miron Leshem and Relief Defendant Ananda Capital Partners, Inc. until March 31, 2006 to serve their response to the SEC's Complaint. A proposed Order is attached.

Respectfully submitted,

By: _____
Nancy Van Sant, Esq.
Florida Bar No. 0885370
Counsel for Defendant
Ashley Miron Leshem and Relief Defendant
Ananda Capital Partners, Inc.
SACHER, ZELMAN, VAN SANT, PAUL,
BEILEY, HARTMAN, ROLNICK & GREIF, P.A.
1401 Brickell Avenue, Suite 700
Miami, Florida 33131
Phone: (305) 371-8797
Facsimile: (305) 374-2605
email: nvansant@sacherzelman.com

2

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a copy of the foregoing was sent via facsimile and U.S. Mail to Stephen L. Cohen, Esquire, Counsel for the Plaintiff, Securities and Exchange Commission, 100 F Street, N.E., Washington, D.C. 20549, Facsimile: (202) 551-9245; and by U.S. Mail to Ronald Kaufman, Esquire, Kaufman & Associates, Counsel for Defendant The Franklin Group, Inc., 1639 South Carson Avenue, Tulsa, Oklahoma 74119; and to Defendant John R. Shrewder, 2216 East 24th Street, Tulsa, Oklahoma 74114.

_____
Nancy Van Sant, Esq.
Counsel for Defendant
Ashley Miron Leshem and
Relief Defendant
Ananda Capital Partners, Inc.

3