UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-80126-Civ-Ryskamp

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JOHN R. SHREWDER; THE FRANKLIN
GROUP, INC.; and ASHLEY MIRON LESHEM,

    Defendants,

and

ANANDA CAPITAL PARTNERS, INC.,

    Relief Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS, JOHN R. SHREWDER AND THE FRANKLIN GROUP, INC., AND FOR ADDITIONAL ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Pursuant to Rules 7.1A.1(f) and 11.1D.3 of the Local Rules of the United States District Court for the Southern District of Florida, the law firm of Holland & Knight LLP, as counsel of record for Defendants, JOHN R. SHREWDER ("Shrewder") and THE FRANKLIN GROUP, INC. ("Franklin Group"), moves this Court for entry of an Order permitting it to be discharged as counsel of record for Shrewder and Franklin Group and for an additional enlargement of time to respond to the Complaint, and as grounds states:

    1.    Holland & Knight LLP agreed to serve as local counsel for Shrewder and Franklin Group in this action. When accepting this representation as local counsel, Holland & Knight LLP understood that it would assist the law firm of Kaufman & Wallis, located in Tulsa,



Oklahoma, which firm would move to appear pro hac vice in the case and would undertake primary responsibility for this matter.

2. The law firm of Kaufman & Wallis has had difficulty communicating with Shrewder and Franklin Group, and in turn, Holland & Knight LLP has had the same difficulty having any communication with Shrewder and Franklin Group. The attorney/client relationship has been compromised and it is not in the best interest of either the clients or undersigned counsel that the relationship continue.

3. Contemporaneously with the filing of this Motion, a copy of the Motion is being served via facsimile and overnight mail upon: John R. Shrewder, 2216 East 24th Street, Tulsa, Oklahoma 74114 (facsimile # 918-584-4468), and via facsimile and U.S. Mail upon: Ronald C. Kaufman, Esq. and Richard W. Badillo, Esq., Kaufman & Wallis, 1639 Carson Avenue, Tulsa, Oklahoma 74119-4215 (facsimile # 918-584-2207).

4. The Court has granted two motions for extensions of time for Shrewder and Franklin Group to respond to the Complaint. Shrewder and Franklin Group are required to respond to the Complaint by April 14, 2006.

5. So as not to prejudice Shrewder and Franklin Group, undersigned respectfully requests that the Court provide Shrewder and Franklin Group until **May 1, 2006** to obtain new counsel and to respond to the Complaint.

6. Counsel for Plaintiff advised undersigned counsel on March 30th that it would not agree to any further extensions of time to respond to the Complaint beyond April 14, 2006.

7. This Motion is being filed in good faith and in the interest of justice, and not for the purpose of delay.

WHEREFORE, Holland & Knight LLP respectfully requests that the Court enters an Order allowing it to withdraw as counsel for Shrewder and Franklin Group, discharging it from all further responsibility and obligations with respect to this case, and providing Shrewder and Franklin Group until **May 1, 2006** to obtain new counsel and to respond to the Complaint.

HOLLAND & KNIGHT LLP
222 Lakeview Avenue - Suite 1000
West Palm Beach, Florida 33401
561/833-2000 Telephone
561/650-8399 Facsimile

By: _/s/ Martin J. Alexander_
Martin J. Alexander
Florida Bar No. 346845
Jason D. Lazarus
Florida Bar No. 0139040

## CERTIFICATE OF SERVICE

*WE HEREBY CERTIFY* that a true and correct copy of the foregoing was served via facsimile and U.S. upon: **Stephen L. Cohen, Esq.**, Counsel for Plaintiff, 100 F. Street, N.E. Washington, D.C. 20549 (Fax No. (202) 551-9245) and **Nancy Van Sant, Esq.**, Sacher, Zellman & Van Sant, 1401 Brickell Avenue, Miami, FL 33131 (Fax No. (305) 374-2605); and **Ronald C. Kaufman, Esq. and Richard W. Badillo, Esq.**, Kaufman & Wallis, 1639 Carson Avenue, Tulsa, Oklahoma 74119-4215 (Fax No. (918) 584-2207); and via facsimile and overnight mail upon: **John R. Shrewder**, 2216 East 24th Street, Tulsa, Oklahoma 74114 (Fax No. (918) 584-4468), on this _7th_ day of April, 2006.

By: _/s/ Jason D. Lazarus_
Jason D. Lazarus
Florida Bar No. 0139040

# 3704718_v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-80126-Civ-Ryskamp

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JOHN R. SHREWDER; THE FRANKLIN
GROUP, INC.; and ASHLEY MIRON LESHEM,

    Defendants,

and

ANANDA CAPITAL PARTNERS, INC.,

    Relief Defendant.

_____/

### ORDER ON MOTION TO WITHDRAW AS FOR DEFENDANTS, JOHN R. SHREWDER AND THE FRANKLIN GROUP, INC., AND FOR ADDITIONAL ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

*THIS CAUSE* having come before the Court on the law firm of Holland & Knight LLP's Motion to Withdraw as Counsel for counsel of record for Defendants, JOHN R. SHREWDER ("Shrewder") and THE FRANKLIN GROUP, INC. ("Franklin Group"), and for additional enlargement of time to respond to the Complaint ("Motion"), and the Court having being advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that: the Motion is granted; the law firm of Holland & Knight LLP is withdrawn as counsel of record for Shrewder and Franklin Group, with no further

responsibility and obligations with respect to this case; and Shrewder and Franklin Group shall have until **May 1, 2006** to obtain new counsel and to respond to the Complaint.

      ***DONE AND ORDERED*** in West Palm Beach, Palm Beach County, Florida this _____ day of _____, 2006.

                                                    _____
                                                    District Court Judge

Copies furnished:

**Martin J. Alexander, Esq. and Jason D. Lazarus, Esq.**, Holland & Knight LLP, 222 Lakeview Avenue, Suite 1000, West Palm Beach, FL 33401
**Stephen L. Cohen, Esq.**, 100 F. Street, N.E. Washington, D.C. 20549
**Nancy Van Sant, Esq.**, Sacher, Zellman & Van Sant, 1401 Brickell Avenue, Miami, FL 33131
**Ronald C. Kaufman, Esq. and Richard W. Badillo, Esq.**, Kaufman & Wallis, 1639 Carson Avenue, Tulsa, Oklahoma 74119-4215
**John R. Shrewder**, 2216 East 24th Street, Tulsa, Oklahoma 74114