UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80126-CIV-RYSKAMP\VITUNAC

SECURITIES AND EXCHANGE COMMISSION,

  Plaintiff,

v.

JOHN R. SHREWDER; THE FRANKLIN
GROUP, INC.; and ASHLEY MIRON LESHEM,

  Defendants,

**and**

ANANDA CAPITAL PARTNERS, INC.

  Relief Defendant.
_____/

## DEFENDANT ASHLEY MIRON LESHEM AND RELIEF DEFENDANT ANANDA CAPITAL PARTNERS, INC.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO REPLY TO THE SECURITIES AND EXCHANGE COMMISSION'S MEMORANDUM IN OPPOSITION TO THEIR MOTION TO DISMISS

Defendant Ashley Miron Leshem ("Leshem") and Relief Defendant Ananda Capital Partners, Inc. ("Ananda"), through their undersigned counsel and with the agreement of the Plaintiff Securities and Exchange Commission ("SEC"), move this Court for entry of an Order permitting them an additional fourteen (14) days to reply to the Memorandum of Securities and Exchange Commission in Opposition to Motion to Dismiss of Defendant Leshem and Relief Defendant Ananda ("SEC Opposition Memo") and as grounds therefor, state:

  1. On April 17, 2006, undersigned counsel was served with the SEC's Opposition Memo. Defendant Leshem and Relief Defendant Ananda's reply to the SEC Opposition Memo is currently due on April 27, 2006.



2. At times during the period that would have been otherwise available to reply, Ms. Van Sant was hospitalized unexpectedly and Mr. Beiley was ill.

3. Pursuant to Local Rule 7.1A.3, undersigned counsel has requested Joshua Felker, Esquire, who consulted with Stephen L. Cohen, Esquire, lead counsel for Plaintiff, for a two-week (2) extension until May 11, 2006, to serve their Reply to the SEC Opposition Memo, and he indicated that the SEC has no objection to the motion for extension.

## CONCLUSION

WHEREFORE, for the foregoing reasons, Defendant Ashley Miron Leshem and Relief Defendant Ananda Capital Partners, Inc. respectfully request that the Court enter an Order permitting Defendant Ashley Miron Leshem and Relief Defendant Ananda Capital Partners, Inc. until May 11, 2006 to serve their Reply to the SEC's Memorandum in Opposition to the Motion to Dismiss filed by Defendant Leshem and Relief Defendant Ananda Capital Partners. A proposed Order is attached.

Respectfully submitted,

By: _____
Nancy Van Sant, Esq.
Florida Bar No. 0885370
Stanley A. Beiley, Esq.
Florida Bar No. 004848
Counsel for Defendant
Ashley Miron Leshem and Relief Defendant
Ananda Capital Partners, Inc.
SACHER, ZELMAN, VAN SANT, PAUL,
 BEILEY, HARTMAN, ROLNICK & GREIF, P.A.
1401 Brickell Avenue, Suite 700
Miami, Florida 33131
Phone: (305) 371-8797
Facsimile: (305) 374-2605
email: nvansant@sacherzelman.com

2

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a copy of the foregoing was sent via facsimile and U.S. Mail to Stephen L. Cohen, Esquire, Counsel for the Plaintiff, Securities and Exchange Commission, 100 F Street, N.E., Washington, D.C. 20549 (facsimile: 202-551-9245); and by U.S. Mail to Ronald Kaufman, Esquire, Kaufman & Associates, Counsel for Defendant The Franklin Group, Inc., 1639 South Carson Avenue, Tulsa, Oklahoma 74119 (facsimile 918-584-2207); and to Defendant John R. Shrewder, 2216 East 24th Street, Tulsa, Oklahoma 74114 (facsimile 918-584-4468), this 25th day of April, 2006.

_____
Nancy Van Sant, Esq.
Counsel for Defendant
Ashley Miron Leshem and
Relief Defendant
Ananda Capital Partners, Inc.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80126-CIV-RYSKAMP\VITUNAC

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JOHN R. SHREWDER; THE FRANKLIN
GROUP, INC.; and ASHLEY MIRON LESHEM,

    Defendants,

    **and**

ANANDA CAPITAL PARTNERS, INC.

    Relief Defendant.

_____/

## ORDER GRANTING UNOPPOSED MOTION OF DEFENDANT ASHLEY MIRON LESHEM AND RELIEF DEFENDANT ANANDA CAPITAL PARTNERS, INC. FOR AN EXTENSION OF TIME TO REPLY TO THE SECURITIES AND EXCHANGE COMMISSION'S MEMORANDUM IN OPPOSITION TO DEFENDANT LESHEM AND RELIEF DEFENDANT ANANDA'S MOTION TO DISMISS

THIS CAUSE came before the Court upon the Unopposed Motion of Defendant Ashley Miron Leshem and Relief Defendant Ananda Capital Partners, Inc. for an Extension of Time to reply to the Securities and Exchange Commission's Memorandum in Opposition to Defendant Leshem and Relief Defendant Ananda's Motion to Dismiss. Having reviewed the record, good cause having been shown, and there being no objection to the Motion and the Court being otherwise duly advised in the premises, it is hereby

ORDERED and ADJUDGED that Defendant Ashley Miron Leshem and Relief Defendant Ananda Capital Partners, Inc. may have up to and including May 11, 2006, to serve their Reply to the Securities and Exchange Commission's Memorandum in Opposition to Defendant Leshem and Relief Defendant Ananda's Motion to Dismiss

DONE and ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida this ____ day of _____, 2006.

_____
Kenneth L. Ryskamp
United States District Judge

cc:   Service List

## SERVICE LIST

**Counsel for Plaintiff**
**Securities and Exchange Commission**

Stephen L. Cohen, Esquire
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(facsimile: 202-551-9245)

**Counsel for Defendant**
**Ashley Miron Leshem**
**and Relief Defendant**
**Ananda Capital Partners**

Nancy Van Sant, Esquire
Stanley A. Beiley, Esquire
Sacher, Zelman, Van Sant,
   Paul, Beiley, Hartman,
   Rolnick & Greif, P.A.
1401 Brickell Avenue, Suite 700
Miami, Florida 33131
(facsimile: 305-374-2605)

**Counsel for Defendant**
**The Franklin Group, Inc.**

Ronald Kaufman, Esquire
Kaufman & Associates
1639 South Carson Avenue
Tulsa, Oklahoma 74119
 (facsimile: 918-584-2207)

**Defendant John R. Shrewder**

John R. Shrewder
2216 East 24th Street
Tulsa, Oklahoma 74114
(facsimile: 918-584-4468)