UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80126-CIV-RYSKAMP\VITUNAC

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JOHN R. SHREWDER; THE FRANKLIN GROUP, INC.; and ASHLEY MIRON LESHEM,

    Defendants,

**and**

ANANDA CAPITAL PARTNERS, INC.

    Relief Defendant.

_____/

## INITIAL DISCLOSURES OF DEFENDANT LESHEM AND RELIEF DEFENDANT ANANDA PURSUANT TO THE REQUIREMENTS OF RULE 26(A)(1)

Pursuant to the requirements of Rule 26(a)(1), and the agreed-upon Discovery Plan, DEFENDANT ASHLEY MIRON LESHEM ("Leshem") and RELIEF DEFENDANT ANANDA CAPITAL PARTNERS, INC. ("Ananda"), provide their Rule 26(a)(1) disclosures.[1]

---

[1] Defendant Leshem and Relief Defendant Ananda have pending before this Court a Motion to Dismiss, which, if decided in their favor, would be fully dispositive of the claims against these defendants.

    They have not had access to discovery or access to the SEC's records and reserve the right to supplement, amend, and/or modify their disclosure as discovery proceeds and additional information becomes known to them, but do not commit to do so except to the extent require by the Federal Rules of Civil Procedure and the Rules of this Court.

    By providing Rule 26(a)(1) disclosures, Ananda does not admit that as a so-called relief defendant, it is subject to discovery obligations.

**Rule 26(a)(1)(A:** The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

**Disclosure:**

1.  Defendant Ashley Miron Leshem
    c/o Sacher, Zelman, Van Sant, Paul,
      Beiley, Hartman, Rolnick & Greif, P.A.
    1401 Brickell Avenue, 7th Floor
    Miami, Florida 33131
    (305-371-8797)

    Subject: Is familiar with all matters alleged to as to him in the SEC's Complaint, with the factual basis for the Motion to Dismiss, and reasons why the relief sought by the SEC is not warranted.

2.  Relief Defendant Ananda Capital Partners, Inc.
    c/o Sacher, Zelman, Van Sant, Paul,
      Beiley, Hartman, Rolnick & Greif, P.A.
    1401 Brickell Avenue, 7th Floor
    Miami, Florida 33131
    (305-371-8797)

3.  John R. Shrewder
    c/o Kenneth M. Stoner, Esq.
    Stephen A. Zrenda, Jr., P.C.
    5700 NW 132nd St.
    Oklahoma City, Ok. 73142
    (405-721-7300)

4.  The Franklin Group, Inc
    c/o Kenneth M. Stoner, Esq.
    Stephen A. Zrenda, Jr., P.C.
    5700 NW 132nd St.
    Oklahoma City, Ok. 73142
    (405-721-7300)

5.  All Representatives of the SEC and/or any other governmental agency, including the Department of Justice and/or U.S. Attorney's Office, who participated in the investigation of Mr. Leshem which resulted in the entry of the Cease and Desist Order and/or who participated in the initiation or resolution of the proceeding initiated by the SEC and/or had a somewhat common subject matter.

       c/o  Stephen L. Cohen, Esquire
       Assistant Chief Litigation Counsel
       U.S. Securities and Exchange Commission
       100 F Street, N.E.
       Washington, D.C. 20549
       (202) 551-4472

6. All Representatives of the SEC and/or any other governmental agency who participated in the investigation of Mr. Leshem which preceded the filing of this action.
c/o  Stephen L. Cohen, Esquire
Assistant Chief Litigation Counsel
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-4472

7. Michael Grace
Director, New Jersey Operations
Park Financial Group
174 W. Comstock Avenue, Suite 200
Winter Park, Florida 32879
(407-672-1313)

**Rule 26(a)(1)(B):** A copy of, or a description by category and location of all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**Disclosure:**

1. All records and documents produced to the SEC in connection with the investigation which led to the filing of this action.

2 All transcripts of testimony, affidavits, declarations, witness statements obtained by the SEC in the investigation which led it to the filing of this action.

3. One unopened envelope addressed to Mr. Leshem postmarked from Monroe M. Strawn, of ArTec, which was never received by Mr. Leshem and was "returned to sender."

4. All records and documents produced to the SEC in connection with the earlier SEC investigation of Leshem and the administrative proceeding which resulted in the entry of a Cease and Desist Order against Mr. Leshem.

3

    5.    All transcripts of testimony, affidavits, declarations, witness statements obtained by the SEC which led it to the earlier SEC investigation of Leshem and the administrative proceeding which resulted in the entry of a Cease and Desist Order.

    6.    All documents exchanged with, obtained from and/or provided to another branch of Government, including the U.S. Attorney's Office and/or Department of Justice.

**Rule 26(a)(1)(C)**: A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 of the documents aor other evidentiary material, not privileged or protected form disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**Disclosure:**

    1.    Not Applicable.

**Rule 26(a)(1)(D)**: For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**Disclosure:**

    1.    Not Applicable.

Respectfully submitted,

_____
**NANCY VAN SANT, ESQUIRE**
Florida Bar No. 0885370
**STANLEY A. BEILEY, ESQUIRE**
Florida Bar No. 004848
**SACHER, ZELMAN, VAN SANT, PAUL,**
  **BEILEY, HARTMAN, ROLNICK & GREIF, P.A.**
1401 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 371-8797
Facsimile: (305) 374-2605
Email: nvansant@sacherzelman.com
**Counsel for Defendant**
  **Ashley Miron Leshem and**
  **Relief Defendant Ananda Capital Partners, Inc.**

4

SACHER, ZELMAN, VAN SANT, PAUL, BEILEY, HARTMAN, ROLNICK & GREIF, P.A., ATTORNEYS, 1401 BRICKELL AVE., STE 700, MIAMI, FL 33131   (305) 371-8797

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a copy of the foregoing was sent via facsimile and U.S. Mail to Stephen L. Cohen, Esquire, Counsel for Plaintiff, Securities and Exchange Commission, 100 F Street, N.E., Washington, D.C. 20549 (facsimile: 202-551-9245); and to Kenneth M. Stoner, Esq., Stephen A. Zrenda, Jr., P.C., 5700 NW 132nd St., Oklahoma City, Oklahoma. 73142, (facsimile: 405.721.7310) and Craig Glasser, Esq., Baritz & Colman LLP, 150 E. Palmetto Park Rd., Suite 650, Boca Raton, Florida 33432 (facsimile: 561-750-5045), Co-Counsel for Defendants The Franklin Group, Inc. and John R. Shrewder, this 18th day of May, 2006.

_____
Nancy Van Sant, Esq.
Counsel for Defendants
  Ashley Miron Leshem and
  Relief Defendant
  Ananda Capital Partners, Inc.

5

SACHER, ZELMAN, VAN SANT, PAUL, BEILEY, HARTMAN, ROLNICK & GREIF, P.A., ATTORNEYS, 1401 BRICKELL AVE., STE 700, MIAMI, FL 33131  (305) 371-8797