UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-80126-CIV-RYSKAMP/VITUNAC

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

JOHN R. SHREWDER; THE FRANKLIN
GROUP, INC., and ASHLEY MIRROR
LESHEM,

    Defendants,

and

ANANDA CAPITAL PARTNERS, INC.,

    Relief Defendant.
_____/



FILED by _____ D.C.

MAY 31 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B

## NOTICE OF HEARING

THE COURT issues this Notice of Hearing on Defendants Ashley Mirror Leshem and Ananda Capital Partners, Inc.'s Motion to Dismiss, filed March 31, 2006 **[DE 16]**. PLEASE TAKE NOTICE that a hearing on the above-styled motion is set before the undersigned, United States District Judge Kenneth L. Ryskamp, for **Thursday, June 22, 2006 at 9:00 a.m. at the Palm Beach County Courthouse, located at 205 N. Dixie Highway, West Palm Beach, Florida 33401.** The parties shall call Chambers at 561-803-3420 two days prior to the



Page 2                                                    **UNITED STATES DISTRICT COURT**
                                                          **SOUTHERN DISTRICT OF FLORIDA**

**hearing for a courtroom assignment.** Thirty minutes have been reserved for this matter.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 31st day of May, 2006.

Copies provided:
All parties and counsel of record

KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE