UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 06-80126-CIV-RYSKAMP\VITUNAC

Securities & Exchange Commission

      Plaintiff

vs.

John R. Shrewder, et al

      Defendant
_____/

FILED by _____ D.C.
JUN - 7 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B

## NOTICE OF TRIAL

  This case is set for **jury TRIAL** commencing the two-week trial period of **April 16, 2007**, in West Palm Beach, Florida. The **PRETRIAL STIPULATION** required by Local Rule 16.1.E shall be filed by **April 4, 2007**. All matters relating to the scheduled trial date may be brought to the attention of the court at **CALENDAR CALL** on **April 11, 2007** in the Federal Courthouse, *Courtroom No. 1, 701 Clematis Street, 4th floor, West Palm Beach, Florida at 1:15 P.M.

  Plaintiff's counsel shall notify any attorneys not listed below of this notice of trial. Any motion for a continuance MUST be in writing in order to be considered.

DATED this 7th day of June, 2006.

_____
SHARON J. HIBBS, Judicial Administrator to
JUDGE RYSKAMP

cc:
Stephen L. Cohen
Stephen A. Zrenda, Jr.
Nancy VanSant

*For information regarding the Evidence Presentation System available in Judge Ryskamp's Courtroom No. 1, see the Court's website at www.flsd.uscourts.gov Under *Bar Information*, access *Electronic Courtroom* and then *Evidence Presentation System Instructions*.

