UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# MOTIONS HEARD IN OPEN COURT

Civil Hearing\Trial ✓     Other Proceedings: _____

Criminal Hearing\Trial ____  _____

FILED by _____ D.C.
JUN 22 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Date: 6/22/06   Time: 9:00

JUDGE: KENNETH L. RYSKAMP     REPORTER: Susan Suddarth
DEPUTY CLERK: IRENE RIVERA

Case # 06-80126-CV-KLR

SEC                           Steven Cohen
Plaintiff                     Plaintiff's Attorney

John Shrewder                 Stan Bailey
Defendant                     Defendant's Attorney

DESCRIPTION OF MOTION   motion to dismiss

Motion:   ____ Granted
          ____ Denied
          ____ Granted in part\denied in part
          ____ Withdrawn
          ✓    Ruling reserved