FILED by _AV_ D.C.

AUG - 8 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 06-80126-CIV-RYSKAMP\VITUNAC

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

JOHN R. SHREWDER; THE FRANKLIN GROUP, INC.; and ASHLEY MIRON LESHEM,

Defendants,
**and**

ANANDA CAPITAL PARTNERS, INC.

Relief Defendant.

_____/

Denied as moot. The Court has heard and ruled on the motion.

KENNETH L. RYSKAMP
U.S. District Judge
Date 8/4/06

**REQUEST OF DEFENDANT LESHEM
AND RELIEF DEFENDANT ANANDA
FOR ORAL ARGUMENT ON THEIR MOTION TO DISMISS
AND INCORPORATED MEMORANDUM OF LAW**

DEFENDANT ASHLEY MIRON LESHEM ("Leshem") and RELIEF DEFENDANT ANANDA CAPITAL PARTNERS, INC. ("Ananda"), each request, pursuant to S.D. Fla. L.R. 7.1.B.2,[1] that the Court grant oral argument on their Motion to Dismiss. [D.E. 16] They estimate oral argument will take twenty (20) minutes.

In this case, the SEC asks this Court to order not only injunctive relief, but also fines and penalties, disgorgement, and a lifetime bar against what the SEC admits is otherwise

---

[1] These defendants recognize that the Local Rule provides that a request for oral argument should be made when the initial motion is filed; however, it was not until defendants read the SEC's opposition, did they become aware of the importance of these issues not only to the parties herein, but also to the litigants who deal with the SEC in South Florida, and nationwide.

SACHER, ZELMAN, VAN SANT, PAUL, BEILEY, HARTMAN, ROLNICK & GREIF, P.A., ATTORNEYS, 1401 BRICKELL AVE., STE 700, MIAMI, FL 33131 (305) 371-8797

cc: all parties and counsel of record