UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80126-CIV-RYSKAMP\VITUNAC

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JOHN R. SHREWDER; THE FRANKLIN
GROUP, INC.; and ASHLEY MIRON LESHEM,

    Defendant.

and

ANANDA CAPITAL PARTNERS, INC.

    Relief Defendant.

_____/

FILED by _____ D.C.

AUG - 8 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Denied as moot. The Court has received these parties' answer.

Kenneth L. Ryskamp
KENNETH L. RYSKAMP
U.S. District Judge
Date 8-8-06

**DEFENDANT JOHN R. SHREWDER AND THE FRANKLIN GROUP, INC.'S
UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO THE
<u>SECURITIES AND EXCHANGE COMMISSION'S COMPLAINT</u>**

    Defendant John R. Shrewder ("Shrewder") and Defendant The Franklin Group, Inc. ("Franklin"), through their undersigned counsel and without opposition by the Plaintiff Securities and Exchange Commission ("SEC"), move this Court for entry of an Order permitting them an additional ten (10) days to respond to the Complaint, and as grounds therefore, state:

    1.    On February 9, 2006, Defendants Shrewder and Franklin were served with the SEC's Complaint. Their response to the Complaint is currently due on May 1, 2006.

    2.    Defendant Shrewder has only recently retained the undersigned counsel, who had never previously represented Defendant Shrewder or had any involvement in this case. Therefore, newly retained counsel needs additional time to gather information to properly advise

cc: all parties and
counsel of record