UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-80126-CIV-RYSKAMP\VITUNAC

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

JOHN R. SHREWDER; THE FRANKLIN
GROUP, INC.; and ASHLEY MIRON LESHEM,

Defendants,
_____/

FILED by ___ D.C.
AUG - 8 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. W.P.B

ORDER

The instant action comes before the Court on Plaintiff's Unopposed Motion to Modify Paragraph Four of Order of Referral to Mediation. Having reviewed the motion, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Modify Paragraph Four of Order of Referral to Mediation is GRANTED. Paragraph four of the Court's Order of Referral to Mediation is modified to waive the requirement for the Commission that someone with full settlement authority attend mediation in this case.

DONE AND ORDERED in chambers in West Palm Beach, Florida on this 8th day of August, 2006.

KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Stephen L. Cohen
Stephen A. Zrenda, Jr.
Nancy Van Sant