FILED by SW D.
ELECTRONIC

Aug 9 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80126-CIV-RYSKAMP\VITUNAC

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JOHN R. SHREWDER; THE FRANKLIN
GROUP, INC.; and ASHLEY MIRON LESHEM,

    Defendants,

**and**

ANANDA CAPITAL PARTNERS, INC.

    Relief Defendant.
_____/

## STIPULATION EXTENDING TIME FOR DEFENDANT LESHEM AND RELIEF DEFENDANT ANANDA TO ANSWER

**WHEREAS,** Pursuant to this Court's July 25, 2006 Order Denying Defendants' Motion to Dismiss (D.E. 44), Defendant Ashley Miron Leshem's ("Leshem") and Relief Defendant Ananda Capital Partners, Inc. ("Ananda") answers to the Complaint are due to be filed and served on August 8, 2006, pursuant to Fed. R. Civ. P. 12(a)(4)(A) and 6(a);

Whereas, lead counsel for Leshem and Ananda, Nancy Van Sant, Esquire, who had been handling this matter for Leshem and Ananda recently left the employ of the undersigned law firm; and

Whereas, additional time is needed for either another attorney at the undersigned law firm to prepare the answers or for substitute counsel to be retained by Leshem and Ananda.

IT IS HEREBY AGREED, by and between the parties that:

Leshem and Ananda, subject to the approval of the Court, shall have a twenty (20) day extension of time until August 28, 2006 in which to serve their answers to the Complaint.

Dated: August 9, 2006

Respectfully submitted,

*[signature]*

**STANLEY A. BEILEY, ESQUIRE**
Florida Bar No. 004848
**SACHER, ZELMAN, VAN SANT, PAUL,
 BEILEY, HARTMAN, ROLNICK & GREIF, P.A.**
1401 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 371-8797
Facsimile: (305) 374-2605
Email: sbeiley@sacherzelman.com
**Counsel of Record for Defendant
 Ashley Miron Leshem and
 Relief Defendant Ananda Capital Partners, Inc.**

*[signature]*

Stephen L. Cohen, Esq., Trial Counsel
Fla. Bar. No. 128317
**Counsel for Plaintiff**
Securities and Exchange Commission
100 F Street, N.E.,
Washington, D.C. 20549-4030
Tel: (202) 551-4472
Fax: (202) 551-9245
E-mail: cohens@sec.gov

2