FILED by CW D.C.
ELECTRONIC

Aug 25 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80126-CIV-RYSKAMP/VITUNAC

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JOHN R. SHREWDER; THE FRANKLIN
GROUP, INC.; and ASHLEY MIRON LESHEM,

    Defendants,

and

ANANDA CAPITAL PARTNERS, INC.

    Relief Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL
## AND
## MOTION FOR AN EXTENSION OF TIME
## FOR DEFENDANTS LESHEM AND ANANDA

Sacher, Zelman, Van Sant, Paul, Beiley, Hartman, Rolnick & Greif, P.A. (hereinafter, "Sacher, Zelman"), moves to (1) withdraw as counsel of record for Defendant Ashley Miron Leshem ("Leshem") and Relief Defendant Ananda Capital Partners, Inc. ("Ananda"), and (2) pursuant to Fed. R. Civ. P. 6(b)(1), moves this Court for an additional thirty (30) days extension of time through September 27, 2006 for Defendants Leshem and Ananda to obtain new counsel and answer to the Complaint, and a corresponding extension of all pre-trial deadlines and obligations until new counsel enters his or her appearance, and as grounds therefor, state:

1

SACHER, ZELMAN, VAN SANT, PAUL, BEILEY, HARTMAN, ROLNICK & GREIF, P.A., ATTORNEYS, 1401 BRICKELL AVE., STE 700, MIAMI, FL 33131 · (305) 371-8797

1 of 6

49/gp

1. The Sacher, Zelman law firm has acted as counsel of record for Defendants Leshem and Ananda in this action, primarily through attorney Nancy Van Sant, Esq., who originated this engagement, performed the legal services on behalf of Defendants Leshem and Ananda, and maintained the relationship with the clients.

2. Ms. Van Sant is no longer employed as an attorney by Sacher, Zelman or associated with the firm, and Defendants Leshem and Ananda have been informed of this fact.

3. Without in any way waiving their attorney-client privileges, undersigned counsel advises this Court that Defendants Leshem and Ananda have discharged Sacher, Zelman of any further responsibility for this matter, and are, instead, seeking new counsel to represent them in this action.

4. The undersigned law firm has contacted record counsel for the SEC before the filing of this Motion, and the SEC does not oppose the undersigned's Motion to Withdraw as Counsel in this case; however, the SEC does oppose the Motion for an additional extension of time.

WHEREFORE, Sacher, Zelman respectfully moves this Honorable Court to enter an Order: (1) confirming that the Sacher, Zelman law firm is no longer record counsel for Defendants Leshem and Ananda; (2) that Sacher, Zelman is hereinafter relieved of any further duties, responsibilities and obligations to Defendants Leshem and Ananada, or to this Court in this matter; and (3) granting Defendants Leshem and Ananda an additional thirty (30) day extension of time until September 27, 2006, in which to obtain new counsel for this matter and serve their answer to the SEC's Complaint, and a corresponding extension of time of all other future pre-trial requirements and deadlines in this case. A

2

SACHER, ZELMAN, VAN SANT, PAUL, BEILEY, HARTMAN, ROLNICK & GREIF, P.A., ATTORNEYS, 1401 BRICKELL AVE., STE 700, MIAMI, FL 33131 · (305) 371-8797

2 of 6

proposed Order is attached to this Motion, which Order indicates the address, in the interim, for service of any further papers upon Defendants Leshem and Aananda.

Respectfully submitted this 25th day of August, 2006,

*[signature]*
STANLEY A. BEILEY, ESQ.
Florida Bar No. 004848
President, for:
SACHER, ZELMAN, VAN SANT, PAUL, BEILEY,
HARTMAN, ROLNICK & GREIF, P.A.
1401 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 371-8797
Telefacsimile: (305) 374-2605
Email: bsacher@sacherzelman.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a copy of the foregoing was sent via facsimile and U.S. Mail to Stephen L. Cohen, Esquire, Counsel for the Plaintiff, Securities and Exchange Commission, 100 F Street, N.E., Washington, D.C. 20549, Facsimile: (202) 551-9245; and by U.S. Mail to Ronald Kaufman, Esquire, Kaufman & Associates, Counsel for Defendant The Franklin Group, Inc., 1639 South Carson Avenue, Tulsa, Oklahoma 74119; and to Defendant John R. Shrewder, 2216 East 24th Street, Tulsa, Oklahoma 74114, and Defendants Leshem and Ananda, c/o Ashley Miron Leshem, Ananda Capital Partners, Inc., 8018 Mizner Lane, Boca Raton, Florida 33433-1134.

*[signature]*
Stanley A. Beiley

3

SACHER, ZELMAN, VAN SANT, PAUL, BEILEY, HARTMAN, ROLNICK & GREIF, P.A., ATTORNEYS, 1401 BRICKELL AVE., STE 700, MIAMI, FL 33131 · (305) 371-8797

3 of 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80126-CIV-RYSKAMP/VITUNAC

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

JOHN R. SHREWDER; THE FRANKLIN GROUP, INC.; and ASHLEY MIRON LESHEM,

Defendants,

and

ANANDA CAPITAL PARTNERS, INC.

Relief Defendant.
_____/

## ORDER

THIS MATTER came before the Court upon the Motion of Sacher, Zelman, Van Sant, Paul, Beiley, Hartman, Rolnick & Greif, P.A. (hereinafter, "Sacher, Zelman") to withdraw as counsel of record for Defendant Ashley Miron Leshem ("Leshem") and Relief Defendant Ananda Capital Partners, Inc. ("Ananda"), and permit an additional thirty (30) days extension of time for Defendants Leshem and Ananda to obtain new counsel and respond to the Complaint, and a corresponding extension of time of all other future pre-trial deadlines and obligations. The Court having reviewed the Motion of counsel and having been otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Sacher, Zelman Law Firm's Motion is hereby **GRANTED**. The Sacher, Zelman Law Firm is hereby relieved of any further duties,

1

responsibilities and/or obligations to Defendants Leshem and Ananda, or to this Court in connection with this matter, and its is

**FURTHER ORDERED AND ADJUDGED** that Defendants Leshem and Ananda shall have an additional thirty (30) day extension of time until September 27, 2006, in which to obtain new counsel for this matter and serve their answer to the SEC's Complaint. All other pre-trial deadlines and obligations will be reset by subsequent Order of this Court once Defendants obtain new counsel and said counsel notices his or her appearance in this case, but are otherwise stayed until said counsel enters an appearance. In the interim, papers may be served upon Defendants Leshem and Ananda c/o Ananda Capital Partners, Inc., 8018 Mizner Lane, Boca Raton, Florida 33433-1134.

DONE and ORDERED in Chambers in the Southern District of Florida this _____ day of _____, 2006.

                                                               Kenneth L. Ryskamp
                                                               United States District Judge

cc:     Service List

2

## SERVICE LIST

**Counsel for Plaintiff**
**Securities and Exchange Commission**

Stephen L. Cohen, Esquire
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549

**Counsel for Defendant**
**The Franklin Group, Inc.**

Ronald Kaufman, Esquire
Kaufman & Associates
1639 South Carson Avenue
Tulsa, Oklahoma 74119

**Defendant Ashley Miron Leshem**
**And Relief Defendant**
**Ananda Capital Partners**
c/o
Ananda Capital Partners, Inc.
8018 Mizner Lane
Boca Raton, Florida 33433-1134

**Defendant John R. Shrewder**

John R. Shrewder
2216 East 24th Street
Tulsa, Oklahoma 74114

With Courtesy Copy to:

Stanley A. Beiley, Esq.
Sacher, Zelman, et. al, P.A.
1401 Brickell Avenue
Suite 700
Miami, Florida 33131

3