Aug 30 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-80126-CIV-RYSKAMP\VITUNAC

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

JOHN R. SHREWDER; THE FRANKLIN
GROUP, INC.; and ASHLEY MIRON LESHEM,

Defendants,

**and**

ANANDA CAPITAL PARTNERS, INC.

Relief Defendant.
_____/

## RESPONSE OF PLAINTIFF SEC TO MOTION FOR EXTENSION OF TIME BY DEFENDANTS LESHEM AND ANANDA

Plaintiff Securities and Exchange Commission ("SEC"), through undersigned counsel, files this response to Defendants Leshem's and Ananda's motion for an extension of time to answer and requesting an extension of all pre-trial deadlines and obligations.

As an initial matter, Plaintiff states that it has no opposition to the substitution of counsel. Plaintiff is concerned, however, that the pattern of stalling by these Defendants continues to delay these proceedings unnecessarily and unfairly. This action was filed more than six months ago in early February. Counsel for these Defendants sought multiple extensions before filing their motion to dismiss more than seven weeks after

being served with the complaint.[1]  After the Court denied Defendants' motion on July 30, the SEC agreed to an additional twenty days for Defendants to resolve their counsel issues and answer the Complaint.  Given the amount of time that has passed, an *additional* thirty days is unreasonable, particularly if it affects the parties' ability to conduct discovery.

The remaining parties in this litigation have waited patiently while Defendants Leshem and Ananda have repeatedly delayed these proceedings.  They have been on notice of Plaintiff's claims for over six months, and now have had an additional month to prepare an answer since their motion was denied.  Discovery needs to move forward.  If Defendants want to continue their attenuated search for new counsel, they can appear *pro se* at least for purposes of third-party discovery.  If the Court is inclined to consider the relief requested by these Defendants, the SEC requests that any extension of time regarding discovery not include third-party discovery, and that the Court allow the remaining parties to serve third-party discovery on Mr. Leshem directly until new counsel appears.

                              Respectfully submitted,

                              /s/
                            Stephen L. Cohen, Trial Counsel (Fla. Bar #128317)
                            Counsel for Plaintiff
                            Securities and Exchange Commission
                            100 F Street, N.E.
                            Washington, D.C.  20549
                            Tel: (202) 551-4472 (Cohen)
                            Fax: (202) 551-9245
                            E-mail:  cohens@sec.gov

Dated: August 30, 2006

---

[1] This was not a complex or substantive motion to dismiss that took seven weeks to file, nor did it have any serious factual or legal basis.

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that a true and correct copy of the foregoing was served via email and U.S. mail upon the following: **Stanley A. Beiley, Esq.,** Sacher, Zelman, Van Sant, Paul, Beiley, Hartman, Rolnick & Greif, P.A., 1401 Brickell Avenue, Miami, FL 33131 (email: nvansant@sacherzelman.com); and **Stephen A. Zrenda, Jr.**, 5700 NW 132nd Street, Oklahoma City, OK 73142 (ZrendaEsq@aol.com), on this **30th day of August, 2006.**

/s/
Stephen L. Cohen
Florida Bar No. 128317

3