FILED by ___ D.C.
ELECTRONIC

Sep 12 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 6-80126-CIV-RYSKAMP\VITUNAC

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JOHN R. SHREWDER; THE FRANKLIN
GROUP, INC.; AND ASHLEY MIRON LESHEM,

    Defendants,

and

ANANDA CAPITAL PARTNERS, INC.

    Relief Defendant.
_____/

## NOTICE OF APPEARANCE

Akerman Senterfitt enters its appearance as counsel on behalf of Defendant Ashley Miron Leshem and Relief Defendant Ananda Capital Partners, Inc. the above-referenced case. Accordingly, all papers and filings should be served on the undersigned counsel.

Date: September 9, 2006

Respectfully submitted,

/s/ Leonard H. Bloom
Leonard H. Bloom, Esq.
Florida Bar No. 241792
leonard.bloom@akerman.com
**AKERMAN SENTERFITT**
One Southeast Third Avenue, 28th Floor
Miami, FL 33131-1704
Telephone No. (305) 374-5600
Facsimile No.  (305) 374-5095

{M2453055;1}

*Securities and Exchange Commission v. John R. Shrewder, et al.*
*Case No. 06-80126-CIV-RYSKAMP\VITUNAC*

/s/ William Nortman
William Nortman, Esq.
Florida Bar No. 232039
william.nortman@akerman.com
**AKERMAN SENTERFITT**
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301-2229
Miami, FL 33131-1704
Telephone No. (305) 374-5600
Facsimile No. (305) 374-5095

*Counsel for Defendants Ashley Miron Lesham*
*and Relief Defendant Ananda Capital Partners, Inc.*

{M2453055;1}

2

*Securities and Exchange Commission v. John R. Shrewder, et al.*
*Case No. 06-80126-CIV-RYSKAMP\VITUNAC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via facsimile and by e-mmail, this ___ day of September, 2006, to:

Stephen L. Cohen, Esq.
Counsel for Plaintiff
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
Telephone (202) 551-4472
Facsimile (202) 772-9245
E-mail: cohens@sec.gov

Stephen A. Zrenda, Jr.
5700 Northwest 132nd Street
Oklahoma City, OK 73142
Telephone (405) 721-7300
Facsimile (405) 721-7310
E-mail: zrendeaesq@ao.com

Craig Glasser
Baritz & Colman LLP
150 East Palmetto Park Road, Suite 750
Boca Raton, FL 33432
Telephone (561) 750-0910
Facsimile (561) 750-5045
E-mail: cglasser@baritzcolman.com

/s/Leonard H. Bloom
Attorney

{M2453055;1}          3