UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-80126-CIV-RYSKAMP\VITUNAC

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

JOHN R. SHREWDER; THE FRANKLIN
GROUP, INC.; and ASHLEY MIRON LESHEM,

Defendants,

and

ANANDA CAPITAL PARTNERS, INC.

Relief Defendant.
_____/

**FINAL JUDGMENT AS TO DEFENDANT ASHLEY MIRON LESHEM**

The Securities and Exchange Commission having filed a Complaint and Defendant Ashley Miron Leshem ("Defendant") having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or

participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 15(b)(6)(B)(i) of the Securities Exchange Act of 1934 (the "Exchange Act").

II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant is permanently barred from participating in an offering of penny stock, including engaging in activities with a broker, dealer, or issuer for purposes of issuing, trading, or inducing or attempting to induce the purchase or sale of any penny stock. A penny stock is any equity security that has a price of less than five dollars, except as provided in Rule 3a51-1 under the Exchange Act [17 C.F.R. 240.3a51-1].

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant is jointly and severally liable with Ananda Capital Partners for disgorgement of $81,000, representing compensation for consulting services provided to ArTec, Inc. and Sequoia Interests Corporation, together with prejudgment interest thereon in the amount of $10,700. Defendant also is liable for a civil penalty in the amount of $7,500 pursuant to Section 21(d)(3) of the Exchange Act and shall cause the return of the remaining 110,000 shares of ArTec stock issued as part of his compensation to ArTec for cancellation. Defendant shall satisfy his monetary obligations by paying $99,200 on the schedule set forth below by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payments shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3,

Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Ashley Miron Leshem as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

IV.

IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall pay the full judgment of $99,200 in installments according to the following schedule: (1) $20,000, within 10 days of entry of this Final Judgment; (2) $30,000 within 180 days from entry of this Final Judgment plus post-judgment interest pursuant to 28 U.S.C. § 1961; and (3) $49,200 within 365 days from entry of this Final Judgment, plus post-judgment interest thereon.

If Defendant fails to make any payment by the date agreed and/or in the amount agreed according to the schedule set forth above, all outstanding payments under this Final Judgment, including post-judgment interest, minus any payments made, shall become due and payable immediately without further application to the Court.

V.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

3

VI.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: *January 11, 2007*

_____
Kenneth L. Ryskamp
United States District Judge

*Copies provided:
all parties and
counsel of record*